UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE RCS NETWORK,<br><br>              Plaintiff,<br><br>       v.<br><br>CLEAN PLANET GROUP, LLC d/b/a<br>ONECLEANPLANET,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO.: _____<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiff The RCS Network ("RCS") brings this action for unfair competition and unfair and deceptive trade practices against Defendant Clean Planet Group, LLC d/b/a OneCleanPlanet ("OneCleanPlanet").

## THE PARTIES

1.     RCS is an unincorporated association of Massachusetts utility companies and energy efficiency service providers. RCS's members are Bay State Gas Company d/b/a Columbia Gas of Massachusetts; The Berkshire Gas Company; Boston Gas Company and Colonial Gas Company, each d/b/a National Grid; Cape Light Compact; Fitchburg Gas and Electric Light Company d/b/a Unitil; Liberty Utilities (New England Natural Gas Company) Corp. d/b/a Liberty Utilities; Massachusetts Electric Company and Nantucket Electric Company, each d/b/a National Grid; NSTAR Electric Company; NSTAR Gas Company; and Western Massachusetts Electric Company.  RCS has an address at c/o Rich May, P.C., 176 Federal Street, Boston, Massachusetts.

2.     OneCleanPlanet is a Nevada limited liability company with an address at 100 Wilshire Boulevard, Suite 950, Santa Monica, California.

**JURISDICTION AND VENUE**

3.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1338 (unfair competition), and supplemental jurisdiction over the state law claim under 28 U.S.C. § 1367.

4.      The Court has personal jurisdiction over OneCleanPlanet because this action arises from OneCleanPlanet's transacting business in this District, causing tortious injury by acts or omissions in this District, or causing tortious injury in this District by acts or omissions outside this District while regularly doing or soliciting business in this District or deriving substantial revenue from goods used or services rendered in this District. OneCleanPlanet, through its website, specifically targets residents of Massachusetts by offering home energy assessments and energy-efficient products to residents of Massachusetts, and by comparing its offerings to those made by RCS to residents of Massachusetts.

5.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 because a substantial part of the events or omissions giving rise to RCS's claims occurred in this District.

**FACTUAL BACKGROUND**

**The RCS Network's "Mass Save" Initiative**

6.      RCS sponsors and operates the nationally-recognized "Mass Save" initiative, through which RCS offers (both on its masssave.com website and through other channels) various services and benefits pertaining to the promotion of energy management and efficiency. Among these services and benefits are no-cost home energy assessments (audits) and weatherization installations for Massachusetts residents.

7.      Other such services and benefits offered by RCS through the Mass Save initiative, for consumers, businesses, and/or industry professionals, include rebates and incentives for the

purchase of energy-efficient appliances and other goods; educational programs that promote energy management and efficiency; and financing opportunities through approved lenders for energy efficient projects.

8.      RCS offers these services and benefits in furtherance of objectives established for Massachusetts utility companies and energy efficiency providers by Massachusetts law.  An Act Relative to Green Communities, Chapter 169 of the Acts of 2008 (the "Green Communities Act"), requires the Massachusetts utilities to engage in unprecedented levels of energy efficiency programming.   Based on this Act, as well as regulatory oversight by the Massachusetts Department of Public Utilities, along with the establishment of policies and advocacy by the Massachusetts Department of Energy Resources and the Massachusetts Office of the Attorney General, RCS members have agreed to seek to achieve aggressive and nation-leading levels of energy savings.  They rely, in large part, on the Mass Save initiative to meet these performance standards.

9.      By meeting certain performance standards established pursuant to the Green Communities Act, RCS members are entitled to recoup certain expenses from ratepayers, and by exceeding certain pre-established performance standards, RCS members are entitled to certain additional funds as performance incentives.

### OneCleanPlanet's Misconduct

10.     According to its website, at onecleanplanet.com, OneCleanPlanet offers services and benefits similar to those offered by RCS.  Specifically, for example, OneCleanPlanet purports to offer home energy audits and weatherization installations, and an online "store" through which users can buy energy-efficient appliances and other goods.

11.   OneCleanPlanet's website includes a "comparison chart," comparing its audits with those offered by RCS through Mass Save initiative.  A recent copy of this chart is attached as Exhibit A.  The chart contains certain false or misleading representations about RCS's offerings.  Specifically, the chart states, falsely or misleadingly, that Mass Save does NOT offer: (1) "[t]hermal camera (infra red) test;" (2) a "[d]iscount on energy products;" (3) a "[d]iscount on other environmentally friendly products:" and (4) "[o]ngoing suggestions that help you improve your home's energy use, indoor health and value (customized to your home)."

12.   On October 21, 2013, RCS sent a letter to OneCleanPlanet demanding that it cease and desist from making the above-described false or misleading statements about the Mass Save initiative.  A copy of the December 10, 2013 letter, with return receipt, is attached as Exhibit B.

13.   On May 7, 2014, having not received a response to its October 21 letter, RCS sent another cease-and-desist letter to OneCleanPlanet.  A copy of the May 7, 2014 letter, with return receipt, is attached as Exhibit C.

14.   OneCleanPlanet continues to make the aforementioned false or misleading representations to the public concerning services offered by RCS through the Mass Save initiative.

## COUNT ONE - FEDERAL UNFAIR COMPETITON (FALSE ADVERTISING) (15 U.S.C. § 1125(a)(1)(B))

15.   RCS repeats and realleges, as if fully set forth at this point herein, the allegations contained in all the preceding paragraphs.

16.   OneCleanPlanet, on its website, makes false or misleading representations of fact about RCS's services through the Mass Save initiative.

4

17. The aforementioned misrepresentations are likely to influence people into obtaining services from OneCleanPlanet, when they would have otherwise engaged the Mass Save initiative.

18. OneCleanPlanet's misrepresentations have a tendency to deceive a substantial segment of their audience.

19. OneCleanPlanet, through its website, has placed its misrepresentations in interstate commerce.

20. RCS has been damaged by OneCleanPlanet's conduct in an amount to be determined at trial.

21. Unless stopped by an injunction, OneCleanPlanet's behavior will continue and will cause RCS irreparable harm for which there is no adequate remedy at law.

## COUNT TWO - STATE UNFAIR AND DECEPTIVE TRADE PRACTICES
### (M.G.L. c. 93A, § 11)

22. RCS repeats and realleges, as if fully set forth at this point herein, the allegations contained in all the preceding paragraphs.

23. At all relevant times, the RCS and OneCleanPlanet were engaged in trade or commerce within the meaning of G.L. c. 93A, §§ 2 and 11.

24. OneCleanPlanet's conduct as described above constitutes unfair and deceptive trade practices within the meaning of G.L. c. 93A, §§ 2 and 11.

25. OneCleanPlanet committed these unfair and deceptive acts and practices willfully and knowingly.

26. RCS suffered a loss of money or property as a result of OneCleanPlanet's unfair and deceptive trade practices.

5

27. Unless stopped by an injunction, the OneCleanPlanet's behavior will continue and will cause RCS irreparable harm for which there is no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, RCS prays that this Court enter judgment as follows:

A. Enjoin OneCleanPlanet, its agents, servants, employees and all persons acting for or on its behalf or in concert with it from making the false or misleading representations described above.

B. Award RCS the damages it has suffered as a result of OneCleanPlanet's conduct.

C. Award RCS the profits received by OneCleanPlanet as a result of its false advertising, pursuant to 15 U.S.C. § 1117(a).

D. Award RCS three times its actual damages, and the attorney's fees it incurs in connection with this action, pursuant to 15 U.S.C. § 1117(a) and/or M.G.L. c. 93A, § 11.

E. Award RCS the costs and expenses it incurs in connection with this action;

F. Award RCS interest at the statutory rate; and

G. Award RCS such other relief may be deemed just and equitable.

## JURY DEMAND

RCS demands a trial by jury on all matters and issues triable by a jury.

Respectfully submitted,

THE RCS NETWORK

By its attorneys,


/s/ Frank N. Gaeta

Frank N. Gaeta (BBO #561388)
David Glod (BBO #676859)
RICH MAY, P.C.
176 Federal Street
Boston, MA  02110
(617) 556-3800
fgaeta@richmaylaw.com
dglod@richmaylaw.com


Dated:  June 5, 2014