



Search

Clean Living     Store     Clean Planet Rating     Energy Audits     Manage your energy     Air Quality     Learn



## One Clean Planet versus Mass Save

OneCleanPlanet is the largest independent home energy auditor in the United States.

To get a **REAL** home energy audit
**AND** test your indoor air quality
**AND** get discounts on real products that you want and need,
**schedule one here**.



| Feature | OneCleanPlanet | Mass Save |
|---|---|---|
| "Walk through" energy audit | Yes | Yes |
| Detailed energy audit report. Including thermal camera and blower door tests | Yes | No |
| Blower door test | Yes | No |
| Thermal camera (Infra red) test | Yes | No |
| Report includes Energy Rating | Yes | No |
| Discount on energy products (There are 1000's of products in our online store) | Yes | No |
| Discount on other environmentally friendly products. (There are thousands of products in our online store) | Yes | No |
| Air quality test. This is critical. Your house could be making you sick!!! | Yes | No |
| Ongoing suggestions that help you improve your homes energy use, indoor health and value (customized to your home) | Yes | No |
| Cost | $29.00 | No |

Copyright Clean Planet Group, Inc.

Privacy Statement  |  Terms of Ser