Attorneys at Law

# RichMay

Rich May, P.C. 176 Federal Street, Boston, MA 02110
main: 617.556.3800   fax: 617.556.3890

**Mary E. Landergan, Esq.**
**Direct Dial (617) 556-3833**
**Fax (617) 556-3889**
**mlandergan@richmaylaw.com**

October 21, 2013

To Whom It May Concern:

This firm represents The RCS Network ("RCS"), an unincorporated association of all the Massachusetts gas and electric utilities and Cape Light Compact, which sponsors the Mass Save initiative (the "Energy Efficiency Program") providing a wide range of services promoting energy efficiency to help residents and businesses manage energy use. It has come to the attention of RCS that you are infringing on RCS' federally registered trademark "MASS SAVE". See Federal Registration No. 3136287. Not only is this Energy Efficiency Program called "MASS SAVE", the official website for the program is masssave.com. You have purchased "MASS SAVE" as a keyword and you have also made false claims about Mass Save in comparative advertising, resulting in trademark infringement and false advertising in violation of Section 43(a) of the Lanham Act.

Both RCS and OneCleanPlanet provide consumers with channels to receive Home Energy Assessments and access to energy efficient products. RCS provides this service to consumers at no cost. It is our understanding that OneCleanPlanet charges a fee for its audits. Moreover, technicians for OneCleanPlanet install products you sell directly to consumers. Your use of "MASS SAVE" falsely suggests that RCS endorses your audits, technicians and products.

The use of a trademark as a search engine trademark triggering a competitor's advertisement is a "use in commerce" under the Lanham Act. See Rescuecom Corp. v. Google Inc., 562 F3d 123, 127 (2d Cir 2009); Network Automation, Inc. v. Advanced Systems Concepts, Inc., 638 F.3d 1137 (9th Cir. 2011). The manner in which you use the RCS trademark as a keyword results in a likelihood of confusion under the factors established in AMF Inc. v. Sleekcraft Boats, 599 F2d 34 (9th Cir 1979). As in Binder v. Disability Group, 772 F.Supp.2d 1172 (C.D. Cal. 2011), you have infringed RCS' registered trademark rights and engaged in false advertising through the confusion caused by the use of the MASS SAVE mark as a Google keyword "in a manner that was likely to confuse potential clients and that deceived potential clients into thinking that they were being led to [RCS's] website." 772 F.Supp2d at 1178.

RCS' mark is established, in commercial use, and of great value to RCS. RCS has conducted an extensive marketing campaign using the mark. RCS' website "masssave.com" is a prominent and widely used site. A variety of consumers, who may mistake OneCleanPlanet for an agent of RCS, use the Energy Efficiency Program. OneCleanPlanet uses the identical

MEMBER

INTERNATIONAL
ALLIANCE
OF LAW FIRMS

Attorneys at Law

# RichMay

wording of the trademark. The services offered are similar. Consumers will be misled in thinking that RCS endorses the audits, products and technicians of OneCleanPlanet.

Consumers searching for home energy assessments or products who enter "MASS SAVE" as a search term on Google would locate a results page where a link to the website of OneCleanPlanet appears before the link to the official website of the Energy Efficiency Program. The first word prominently appearing in the ad text is "MASS SAVE," thus further contributing to consumer confusion. All these factors establish federal trademark infringement.

Your use of "MASS SAVE" as a key word constitutes false and deceptive advertising under Section 43(a) of the Lanham Act. See Trafficshool.com, Inc. v. Edriver, Inc., 653 F.2d 820 (9th Cir 2011). Consumers who use the "MASS SAVE" keyword are likely to be deceived into thinking that there is an association between the Energy Efficiency Program and OneCleanPlanet. Consumers using OneCleanPlanet for energy assessments would pay for a service for which they would otherwise have received at no cost from the Energy Efficiency Program.

Moreover, users who click the OneCleanPlanet link are directed to a page containing false comparative advertising claims. For example, you claim that Mass Save does not provide ongoing suggestions on energy improvement, but Mass Save does provide such ongoing suggestions. You falsely allege that Mass Save, unlike you, does not provide a discount on environmentally friendly products. RCS provides consumers with generous rebates and directs consumers to no-cost items such as efficient light bulbs and advanced power strips. You also falsely mislead consumers into believing that Mass Save does not provide detailed energy reports. These false and misleading claims constitute false advertising under the Lanham Act. See Highmark v. UPMC Health Plan, Inc., 276 F3d 160 (3rd Cir. 2001).

RCS serves an important public policy goal in the promotion of energy efficiency through its Energy Efficiency Program. OneCleanPlanet's use of the "MASS SAVE" trademark undermines this important public policy goal. We demand that you immediately cease and desist using the "MASS SAVE" trademark as a keyword and immediately remove your false comparative advertising claims. Please confirm in writing that you have complied with our demands no later than ten (10) days after receipt of this letter.

We reserve all rights in law and equity.

Sincerely,

Mary E. Landergan, Esq.

7196 9008 9040 2087 2060

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|
| | 10/25/13 |

C. Signature

X

☑ Agent
☐ Address

D. Is delivery address different from Item 1?    ☐ Yes
If YES, enter delivery address below:              ☐ No

Reference Information

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

Clean Planet Group LLC
100 Wilshire Boulevard
Suite 950
Santa Monica, CA 90401

PS Form 3811, January 2005          Domestic Return Receipt

# UNITED STATES POSTAL SERVICE

PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

First Class Mail
US Postage Paid
Permit No. G - 10

Melanie Papadopoulos
Rich May, P.C.
176 Federal Street
Boston, MA 02110

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF RETURN ADDRESS, FOLD AT DOTTED LINE

**TO:**

Clean Planet Group LLC
100 Wilshire Boulevard
Suite 950
Santa Monica, CA 90401

OCT 2 2 2013

**SENDER:**

**REFERENCE:**

040195.1

PS Form 3800, January 2005     7191 9008 9040 2087 2060

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 0.46 |
| | Return Receipt Fee | 3.10 |
| | Restricted Delivery | 2.55 |
| | Total Postage & Fees | 0.00 |
| | | 6.11 |

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE |
|---|---|