Attorneys at Law

# RichMay

Rich May, P.C.  176 Federal Street, Boston, MA 02110
main: 617.556.3800    fax: 617.556.3890

Frank N. Gaeta, Esq.
Direct Dial: (617) 556-3838
fgaeta@richmaylaw.com

May 7, 2014

**BY FEDERAL EXPRESS**

Mr. Adam Radly
Clean Planet Group, LLC
100 Wilshire Boulevard, Suite 950
Santa Monica, CA  90401

Re:    Mass Save

Dear Mr. Radly:

According to your website at adamradly.com, and according to a January 18, 2013 press release available at prweb.com, you are the founder and CEO of Clean Planet Group, LLC, which does business as OneCleanPlanet ("OneCleanPlanet") and operates the website at onecleanplanet.com. I write to follow up on the enclosed October 21, 2013 letter of my colleague Mary Landergan to OneCleanPlanet. (I have also enclosed a signed return receipt for Ms. Landergan's October 21 letter, showing that CleanPlanetGroup received it on October 25, 2013.

As Ms. Landergan noted in her letter, OneCleanPlanet's website includes a "comparison chart," comparing OneCleanPlanet's audits with those offered through The RCS Network's Mass Save initiative. A recent copy of this chart is enclosed. The chart contains certain false representations about Mass Save's audits. Specifically, the chart states, falsely, that Mass Save does NOT offer: (1) "[t]hermal camera (infra red) test;" (2) a "[d]iscount on energy products;" (3) a "[d]iscount on other environmentally friendly products:" and (4) and "[o]ngoing suggestions that help you improve your home's energy use, indoor health and value (customized to your home)."

To avoid a lawsuit for false advertising and unfair and deceptive trade practices, OneCleanPlanet must remove the false statements in the comparison chart within five days of your receipt of this letter.

Please note, too, that I have not located any records in the California, Massachusetts, or Delaware corporations databases for Clean Planet Group, LLC. Since it may be that such an entity does not exist, and that you operate OneCleanPlanet as a sole proprietorship, The RCS Network would need to name you as a defendant in any lawsuit.

I am hopeful that you will make the necessary revisions to the comparison chart within the time specified above. If you do not, this will be our last communication before we take legal action.

MEMBER

INTERNATIONAL
ALLIANCE
OF LAW FIRMS

www.richmaylaw.com



Attorneys at Law

Mr. Adam Radly
May 7, 2014
Page 2

The RCS Network reserves all of its rights and remedies.

Very truly yours,

Frank N. Gaeta



Attorneys at Law

Rich May, P.C. 176 Federal Street, Boston, MA 02110
main: 617.556.3800   fax: 617.556.3890

Mary E. Landergan, Esq.
Direct Dial (617) 556-3833
Fax (617) 556-3889
mlandergan@richmaylaw.com

October 21, 2013

To Whom It May Concern:

This firm represents The RCS Network ("RCS"), an unincorporated association of all the Massachusetts gas and electric utilities and Cape Light Compact, which sponsors the Mass Save initiative (the "Energy Efficiency Program") providing a wide range of services promoting energy efficiency to help residents and businesses manage energy use. It has come to the attention of RCS that you are infringing on RCS' federally registered trademark "MASS SAVE". See Federal Registration No. 3136287. Not only is this Energy Efficiency Program called "MASS SAVE", the official website for the program is masssave.com. You have purchased "MASS SAVE" as a keyword and you have also made false claims about Mass Save in comparative advertising, resulting in trademark infringement and false advertising in violation of Section 43(a) of the Lanham Act.

Both RCS and OneCleanPlanet provide consumers with channels to receive Home Energy Assessments and access to energy efficient products. RCS provides this service to consumers at no cost. It is our understanding that OneCleanPlanet charges a fee for its audits. Moreover, technicians for OneCleanPlanet install products you sell directly to consumers. Your use of "MASS SAVE" falsely suggests that RCS endorses your audits, technicians and products.

The use of a trademark as a search engine trademark triggering a competitor's advertisement is a "use in commerce" under the Lanham Act. See Rescuecom Corp. v. Google Inc., 562 F3d 123, 127 (2d Cir 2009); Network Automation, Inc. v. Advanced Systems Concepts, Inc., 638 F.3d 1137 (9th Cir. 2011). The manner in which you use the RCS trademark as a keyword results in a likelihood of confusion under the factors established in AMF Inc. v. Sleekcraft Boats, 599 F2d 34 (9th Cir 1979). As in Binder v. Disability Group, 772 F.Supp.2d 1172 (C.D. Cal. 2011), you have infringed RCS' registered trademark rights and engaged in false advertising through the confusion caused by the use of the MASS SAVE mark as a Google keyword "in a manner that was likely to confuse potential clients and that deceived potential clients into thinking that they were being led to [RCS's] website." 772 F.Supp2d at 1178.

RCS' mark is established, in commercial use, and of great value to RCS. RCS has conducted an extensive marketing campaign using the mark. RCS' website "masssave.com" is a prominent and widely used site. A variety of consumers, who may mistake OneCleanPlanet for an agent of RCS, use the Energy Efficiency Program. OneCleanPlanet uses the identical

www.richmaylaw.com

MEMBER

INTERNATIONAL
ALLIANCE
OF LAW FIRMS

wording of the trademark. The services offered are similar. Consumers will be misled in thinking that RCS endorses the audits, products and technicians of OneCleanPlanet.

Consumers searching for home energy assessments or products who enter "MASS SAVE" as a search term on Google would locate a results page where a link to the website of OneCleanPlanet appears before the link to the official website of the Energy Efficiency Program. The first word prominently appearing in the ad text is "MASS SAVE," thus further contributing to consumer confusion. All these factors establish federal trademark infringement.

Your use of "MASS SAVE" as a key word constitutes false and deceptive advertising under Section 43(a) of the Lanham Act. See Trafficshool.com, Inc. v. Edriver, Inc., 653 F.2d 820 (9th Cir 2011). Consumers who use the "MASS SAVE" keyword are likely to be deceived into thinking that there is an association between the Energy Efficiency Program and OneCleanPlanet. Consumers using OneCleanPlanet for energy assessments would pay for a service for which they would otherwise have received at no cost from the Energy Efficiency Program.

Moreover, users who click the OneCleanPlanet link are directed to a page containing false comparative advertising claims. For example, you claim that Mass Save does not provide ongoing suggestions on energy improvement, but Mass Save does provide such ongoing suggestions. You falsely allege that Mass Save, unlike you, does not provide a discount on environmentally friendly products. RCS provides consumers with generous rebates and directs consumers to no-cost items such as efficient light bulbs and advanced power strips. You also falsely mislead consumers into believing that Mass Save does not provide detailed energy reports. These false and misleading claims constitute false advertising under the Lanham Act. See Highmark v. UPMC Health Plan, Inc., 276 F3d 160 (3rd Cir. 2001).

RCS serves an important public policy goal in the promotion of energy efficiency through its Energy Efficiency Program. OneCleanPlanet's use of the "MASS SAVE" trademark undermines this important public policy goal. We demand that you immediately cease and desist using the "MASS SAVE" trademark as a keyword and immediately remove your false comparative advertising claims. Please confirm in writing that you have complied with our demands no later than ten (10) days after receipt of this letter.

We reserve all rights in law and equity.

Sincerely,


Mary E. Landergan, Esq.

|||||
|---|---|---|---|
| | A. Received by (Please Print Clearly) | | B. Date of Delivery |
| | | | 10/25/13 |
| | C. Signature | | |
| | X | | ☑ Agent |
| | | | ☐ Addressee |
| | D. Is delivery address different from Item 1? | | ☐ Yes |
| | If YES, enter delivery address below: | | ☐ No |

7196 9008 9040 2087 2060

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

Reference Information

1. Article Addressed to:

Clean Planet Group LLC
100 Wilshire Boulevard
Suite 950
Santa Monica, CA 90401

PS Form 3811, January 2005          Domestic Return Receipt

# UNITED STATES POSTAL SERVICE

PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

First Class Mail
US Postage Paid
Permit No. G - 10

Melanie Papadopoulos
Rich May, P.C.
176 Federal Street
Boston, MA 02110

**TO:**

Clean Planet Group LLC
100 Wilshire Boulevard
Suite 950
Santa Monica, CA 90401

OCT 2 2 2013

**SENDER:**

**REFERENCE:**

040195.1

PS Form 3800, January 2005

7196 9008 9040 2087 2060

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 0.46 |
| | Return Receipt Fee | 3.10 |
| | Restricted Delivery | 2.55 |
| | Total Postage & Fees | 0.00 |

| US Postal Service | POSTMARK OR DATE |
|---|---|
| **Receipt for Certified Mail** 6.11 | |
| No Insurance Coverage Provided Do Not Use for International Mail | |





Clean Living    Store    Clean Planet Rating    Energy Audits    Manage your energy    Air Quality    Learn

## One Clean Planet versus Mass Save

OneCleanPlanet is the largest independent home energy auditor in the United States.

To get a <u>REAL</u> home energy audit
<u>AND</u> test your indoor air quality
<u>AND</u> get discounts on real products that you want and need,
<u>schedule one here.</u>

| Feature | OneCleanPlanet | Mass Save |
|---|---|---|
| "Walk through" energy audit | Yes | Yes |
| Detailed energy audit report including thermal camera and blower door tests | Yes | No |
| Blower door test | Yes | No |
| Thermal camera (Infra red) test | Yes | No |
| Report includes Energy Rating | Yes | No |
| Discount on energy products (There are 1000's of products in our online store) | Yes | No |
| Discount on other environmentally friendly products. (There are thousands of products in our online store) | Yes | No |
| Air quality test. This is critical. Your house could be making you sick!!! | Yes | No |
| Ongoing suggestions that help you improve your homes energy use, indoor health and value (customized to your home) | Yes | No |
| Cost | $29.00 | No |

Copyright Clean Planet Group, Inc

Privacy Statement | Terms of Ser

**From:** trackingupdates@fedex.com
**To:** Frank N. Gaeta
**Subject:** FedEx Shipment 798787889705 Delivered
**Date:** Thursday, May 08, 2014 12:34:32 PM

FedEx®   fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# Your package has been delivered

## Tracking # 798787889705

Ship (P/U) date:
**Wednesday, 5/7/14**

Frank N. Gaeta
Rich May, PC
Boston, MA 02110
US

**Delivered**

Delivery date:
**Thursday, 5/8/14 9:17 AM**

**Mr. Adam Radly**
Clean Planet Group, LLC
100 Wilshire Boulevard, Suite 950
SANTA MONICA, CA 90401
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 798787889705 |
| Status: | Delivered: 05/08/2014 09:17 AM Signed for By: N.ALVEY |
| Reference: | 040195.0001 |
| Signed for by: | N.ALVEY |
| Delivery location: | SANTA MONICA, CA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:19 AM CDT on 05/08/2014.

To learn more about FedEx Express, please go to **fedex.com**.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to **fedex.com**.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to **fedex.com**.

Thank you for your business.