UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE RCS NETWORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 1:14-CV-12387 |
| CLEAN PLANET GROUP, LLC d/b/a ONECLEANPLANET, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff The RCS Network hereby dismisses, with prejudice, all of the claims it brought against Defendant Clean Planet Group, LLC d/b/a OneCleanPlanet in this action.

Respectfully submitted,

THE RCS NETWORK

By its attorneys,

/s/ Frank N. Gaeta
Frank N. Gaeta (BBO #561388)
David Glod (BBO #676859)
RICH MAY, P.C.
176 Federal Street
Boston, MA  02110
(617) 556-3800
fgaeta@richmaylaw.com
dglod@richmaylaw.com

Dated:  July 23, 2014