UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:14-12387 LTS

THE RCS NETWORK
Plaintiffs

V.

CLEAN PLANET GROUP, LLC d/b/a
ONECLEANPLANET
Defendants

CLOSING ORDER

SOROKIN, M.J.

In accordance with the stipulation of dimissal filed by the plaintiff
dated 7/24/14, this case is hereby closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE